

# THE THIRTEENTH COURT OF APPEALS

## 13-21-00371-CV

In the Matter of C.C.C., a juvenile

On Appeal from the
484th District Court of Cameron County, Texas
Trial Court Cause No. 2020-DJV-00374

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and rendered. The Court orders the judgment of the trial court REVERSED and RENDERS judgment in accordance with its opinion. Costs of the appeal are adjudged against appellee, and it is ordered to pay for all costs of the appeal from which it is not exempt by statute.

We further order this decision certified below for observance.

March 10, 2022